**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

MICHAEL A. HARRIS,

        Plaintiff,

-vs-                                                 Case No. 6:09-cv-882-Orl-28GJK

COMMISSIONER OF SOCIAL SECURITY,

        Defendant.
_____

## REPORT AND RECOMMENDATION

TO THE UNITED STATES DISTRICT COURT

    This cause came on for consideration without oral argument on the following motion:[1]

| | |
|---|---|
| **MOTION:** | **MOTION FOR ENTRY OF JUDGMENT WITH REMAND (Doc. No. 19)** |
| **FILED:** | **March 17, 2010** |
| | **THEREON** it is **RECOMMENDED** that the motion be **GRANTED**. |

---

[1] The motion was filed in the correct case, but it contained the wrong case number ("09-cv-1599-Orl-DAB"). Doc. No. 19.

1

On March 17, 2010, the Commissioner of Social Security (the "Commissioner") filed an unopposed Motion for Entry of Judgment With Remand (the "Motion") requesting that the decision of the Commissioner be reversed and remanded to the Commissioner pursuant to sentence four of 42 U.S.C. § 405(g) with directions to:

1. Update the medical record;

2. Specifically evaluate the requirements of Listing 12.05C;

3. If available, obtain testimony from a psychological or psychiatric medical expert regarding whether Plaintiff has mild mental retardation, and to determine his mental abilities/limitations;

4. Fully consider all opinion evidence from the treating, examining, and reviewing physicians; and

5. If necessary, to hold a supplemental hearing and obtain testimony from a vocational expert (VE) to clarify the effect of any functional limitations on the occupational base.

Doc. 19.

Accordingly, the undersigned recommends that:

**1**. The final decision of the Commissioner of Social Security (the "Commissioner") be **REVERSED** and **REMAND** to the Commissioner pursuant to sentence four of 42 U.S.C. § 405(g) for the above stated reasons; and

**2**. The Clerk be directed to enter a separate judgment in favor of Plaintiff Michael A. Harris and to close the case.

Failure to file written objections to the proposed findings and recommendations contained in this report within fourteen (14) days from the date of its filing shall bar an aggrieved party from attacking the factual findings on appeal. **If the parties have no objection to this report and recommendation, they shall promptly notify the Court**.

**RECOMMENDED** in Orlando, Florida on March 19, 2010.

GREGORY J. KELLY
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:
Presiding District Judge
Counsel of Record
Unrepresented Parties