**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

**MICHAEL A. HARRIS,**

      **Plaintiff,**

**-vs-**                                  **Case No. 6:09-cv-882-Orl-28GJK**

**COMMISSIONER OF SOCIAL SECURITY,**

      **Defendant.**
_____

# ORDER

This case is before the Court on Defendant's Motion for Entry of Judgment with Remand (Doc. No. 19) filed March 17, 2010. The United States Magistrate Judge has submitted a report recommending that the motion be granted.

After an independent *de novo* review of the record in this matter, and noting that no objections were timely filed, the Court agrees entirely with the findings of fact and conclusions of law in the Report and Recommendation. Therefore, it is **ORDERED** as follows:

    1. That the Report and Recommendation filed March 19, 2010 (Doc. No. 20) is **ADOPTED** and **CONFIRMED** and made a part of this Order.

    2. Defendant's Motion for Entry of Judgment with Remand (Doc. No. 19) is **GRANTED**.

3. The final decision of the Commissioner of Social Security (the "Commissioner") is **REVERSED** and **REMANDED** to the Commissioner pursuant to sentence four of 42 U.S.C. § 405(g) for the reasons stated in the Report and Recommendation.

4. The Clerk is directed to enter judgment in favor of Plaintiff Michael A. Harris and to close the file.

**DONE** and **ORDERED** in Chambers, Orlando, Florida this ___9th___ day of April, 2010.

Copies furnished to:

JOHN ANTOON II
United States District Judge

United States Magistrate Judge
Counsel of Record
Unrepresented Party